UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| Peter Allan, Russell John Hatton, Michael Benson, Steven Hawkins, Russell Lynn Norton, Danny Stone, Patrick Otten, Ryan White, Kenneth Delaney, David Hamilton, Kenneth Daywitt, Dennis White, Maikijah Hakeem, Daniel A. Wilson, and Joseph Franciosa Thomas,<br><br>                Plaintiffs,<br><br>vs.<br><br>Minnesota Department of Human Services, Jodi Harpstead in her official capacity as Commissioner of Department of Human Services, Marshall Smith, in his official capacity as Chief Executive Director of Direct Care and Treatment for the Minnesota Sex Offender Program, Nancy Johnston, in her official capacity as the Minnesota Sex Offender Program Executive Director, and Kevin Moser, in his official capacity as the Moose Lake Facility Director for the Minnesota Sex Offender Program,<br><br>                Defendants. | Case No. 20-cv-01980-SRN-TNL<br><br><br>**STIPULATION FOR PARTIAL DISMISSAL WITH PREJUDICE** |

WHEREAS, Count III of the above-entitled action has been fully compromised and settled,

NOW THEREFORE, it is hereby stipulated and agreed, by and between Plaintiffs and Defendants, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), that Count III of this action is dismissed with prejudice, and without any fees or costs to any party.

*[signatures on next page]*

Dated: March 4, 2022

KEITH ELLISON
Attorney General
State of Minnesota

*signature*

BRANDON BOESE
Assistant Attorney General
Atty. Reg. No. 0396385
445 Minnesota Street, Suite 1400
St. Paul, Minnesota 55101-2131
(651) 757-1414 (Voice)
(651) 282-5832 (Fax)
brandon.boese@ag.state.mn.us

*Attorney For Defendants*

Dated: 3.4, 2022

MOHRMAN, KAARDAL & ERICKSON, P.A.

*signature*

ERICK G. KAARDAL (#229647)
150 South Fifth Street, Suite 3100
Minneapolis, MN 55402
Telephone: 612-341-1074
Facsimile: 612-341-1076
Email: kaardal@mklaw.com

*Attorney for Plaintiffs*