**The Office of Minnesota Attorney General Keith Ellison**
helping people afford their lives and live with dignity and respect • www.ag.state.mn.us

March 9, 2022

*Via ECF*

The Honorable Susan R. Nelson
Sr. U.S. District Court Judge, District of Minnesota
United States District Court
316 North Robert Street
St. Paul, MN  55101

    Re:    *Allan v. DHS*
              U.S. District Court No. 20-cv-01980 (SRN/TNL)

Dear Judge Nelson:

    Defendants understand that Plaintiffs will be filing a Second Amended Complaint by this Friday, March 11, 2022.  Defendants agree that upon the filing of Plaintiffs' Second Amended Complaint, Defendants' pending Motion to Dismiss Plaintiffs' First Amended Complaint (ECF No. 30) may be denied without prejudice.  Defendants, however, explicitly reserve all defenses, as well as the right to file a Motion to Dismiss Plaintiffs' Second Amended Complaint, in whole or in part, if appropriate.

              Sincerely,

              **s/ Brandon Boese**
              BRANDON BOESE
              Assistant Attorney General
              Atty. Reg. No. 0396385
              (651) 757-1414 (Voice)
              (651) 282-5832 (Fax)
              brandon.boese@ag.state.mn.us

              *Attorney for Defendants*

cc:    Erick G. Kaardal, Esq., Counsel for Plaintiffs (*via ECF*)

|#5186313-v1