# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Peter Allan, Russell John Hatton, Michael Benson, Steven Hawkins, Russell Lynn Norton, Danny Stone, Patrick Otten, Ryan White, David Hamilton, Kenneth Daywitt, Dennis White, Maikijah Hakeem, Daniel A. Wilson, Joseph Franciosa Thomas, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiffs, | |
| v. | Case Number: 20-cv-01980 (SRN/TNL) |
| Minnesota Department of Human Services, Jodi Harpstead, Marshall Smith, Nancy Johnston, Kevin Moser, | |
| Defendants. | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT: Defendants' Motion for Summary Judgment [Doc. No. 92] is **GRANTED**.

Date: 1/22/2024                                                          KATE M. FOGARTY, CLERK